UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DI LORETO,

      Plaintiff,　　　　　　　　　　Case No. 1:17−cv−00535−ESC

v.　　　　　　　　　　　　　　　Hon. Ellen S. Carmody

UNUM LIFE INSURANCE COMPANY OF AMERICA,

      Defendant.
_____/

## ORDER

The Court has been informed of the parties' agreement to settle this matter and hereby orders that appropriate stipulated dismissal papers, prepared for entry by United States Magistrate Judge Ellen S. Carmody, shall be filed with the Court by November 21, 2017. All other deadlines in this matter are adjourned.

IT IS SO ORDERED.

Dated:  October 24, 2017　　　　　　　　　　/s/ Ellen S. Carmody
　　　　　　　　　　　　　　　　　　　　　　ELLEN S. CARMODY
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge