UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DI LORETO,

      Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

      Defendant.

Case No. 1:17-cv-00535

Hon. Ellen S. Carmody

| Troy W. Haney | D. Andrew Portinga (P55804) |
|---|---|
| Haney Law Office PC | MILLER JOHNSON |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 330 Fulton St. E | 45 Ottawa Avenue SW, Ste. 1100 |
| Grand Rapids, MI  49503 | Grand Rapids, MI  49503 |
| (616) 235-2300 | (616) 831-1700 |
| thaney@troyhaneylaw.com | portingaa@millerjohnson.com |

## STIPULATION AND ORDER OF DISMISSAL

The parties stipulate to the dismissal of Plaintiff's complaint with prejudice and without costs.

By: /s/ Troy W. Haney w permission
    Troy W. Haney
    Haney Law Office PC
    Attorneys for Plaintiff
    330 Fulton St. E
    Grand Rapids, MI  49503

Dated: November 21, 2017

By: /s/ D. Andrew Portinga
    D. Andrew Portinga (P55804)
    MILLER JOHNSON
    Attorneys for Defendant
    45 Ottawa Avenue SW, Ste. 1100
    Grand Rapids, MI 49503

Dated: November 21, 2017

IT IS SO ORDERED.

Dated: November 27, 2017

/s/ Ellen S. Carmody
Hon. Ellen S. Carmody
U.S. Magistrate Judge